■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD LARABY, Appellant. (Appeal No. 2.) [771 NYS2d 480]— Appeal from an order of the Cayuga County Court (Peter E. Corning, J.), entered December 11, 2002. The order denied defendant's motion to vacate the judgment of conviction pursuant to CPL 440.10.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Laraby* (4 AD3d 749 [2004]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.